1  PHILLIP A. TALBERT
   United States Attorney
2  ROBIN TUBESING
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for the United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIEN TRUONG NGUYEN,<br><br>Debtor. | Case No. 2:24-mc-00273-KJM-CKD<br><br>**STIPULATION FOR FINAL ORDER OF GARNISHMENT; ORDER**<br><br>Criminal Case No. 2:07CR00164-MCE |
| BETTERMENT FINANCIAL LLC,<br><br>Garnishee. | |

   The United States of America ("United States") and debtor Tien Truong Nguyen ("Debtor") hereby request that the Court enter this Stipulated Final Order of Garnishment based on the following:

                                  **RECITALS**

   1.   On or about July 28, 2011, the Court sentenced Debtor in criminal case number 2:07CR00164-MCE and ordered him to pay a $500.00 statutory assessment and $411,053.00 of restitution. As of October 23, 2024, Debtor still owes restitution of $387,351.65.

   2.   On July 5, 2024, the United States filed an Application for Writ of Garnishment against Debtor's interest in property held by Betterment Financial LLC ("Garnishee"). ECF 1.

///

3. The Clerk of the Court issued the Writ and Clerk's Notice to Debtor. ECF 3 and 4. The United States served the Writ and related documents on Garnishee and Debtor. ECF 5 and 6.

4. On August, 1, 2024, Garnishee served its Acknowledgment of Service and Answer of Garnishee on Debtor and the United States ("Answer"). ECF 9. In its Answer, Garnishee stated that on July 23, 2024, it had possession of a Roth IRA account ending in 0662 with an approximate total value of $40,076.64, which is subject to market fluctuations and deposits.

5. Debtor did not file a claim of exemption to the proposed garnishment or request a hearing, did not object to Garnishee's Answer, and did not otherwise object to the United States garnishment action.

**STIPULATION**

The United States and Debtor hereby stipulate and agree as follows:

A. The United States and Debtor consent to entry of an order approving this Stipulation by a magistrate judge.

B. Debtor acknowledges and understands that the Federal Debt Collection Procedures Act ("FDCPA") affords him certain rights in a garnishment action. He waives these rights, including service of the writ of garnishment pursuant to 28 U.S.C. § 3205(c)(3); notice of and the right to claim exemptions and request a hearing as provided in 28 U.S.C. §§ 3202 and 3205(c)(5); and to any other process to which he may be entitled under the FDCPA.

[TEXT AND SIGNATURES CONTINUE ON NEXT PAGE]

STIPULATION FOR FINAL ORDER OF GARNISHMENT; [PROPOSED] ORDER

2

C.  The Court should grant the Writ of Garnishment against Betterment Financial LLC account ending in 0662.  It is expressly agreed and stipulated by the parties that Betterment Financial LLC shall liquidate and pay, to the Clerk of the Court for the Eastern District of California, all funds from Roth IRA account ending in 0662.

Respectfully submitted,

Dated: November 7, 2024         PHILLIP A. TALBERT
                                United States Attorney

                          By:   /s/ *Robin Tubesing*
                                ROBIN TUBESING
                                Assistant United States Attorney

Dated: November 6, 2024   By:   /s/ *Tien Truong Nguyen*
                                TIEN TRUONG NGUYEN

***

# FINAL ORDER OF GARNISHMENT

Based on the foregoing stipulation between the United States of America and Tien Truong Nguyen, and good cause appearing therefore,

IT IS HEREBY ORDERED that,

1. The foregoing Stipulation is APPROVED in its entirety, and the parties' request for a final order of garnishment IS GRANTED;

2. Betterment Financial LLC, is directed to pay the Clerk of the United States District Court all funds held by Garnishee in Roth IRA account ending in 0662 within fifteen (15) days of the filing of this Final Order of Garnishment.  Payment shall be made in the form of a cashier's check, money order, or company draft, made payable to the "Clerk of the Court," and delivered to:

> United States District Court
> Clerk of the Court
> 501 I Street, Room 4-200
> Sacramento, CA  95814

The criminal docket number (2:07CR00164-MCE) shall be stated on the payment instrument;

///

3. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

4. The garnishment shall terminate, and the Clerk of Court is directed to close this case when the payment is deposited with the Clerk.

**IT IS SO ORDERED.**

Dated: November 15, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, usa0273.24